STATE of Missouri, Plaintiff/Respondent,

v.

Phillip CROFT, Defendant/Appellant.

No. 69849.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 29, 1997.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary S. Erickson, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

PER CURIAM.

Phillip Croft (defendant) appeals his sentence of twenty-two years imprisonment for three counts of first degree assault and three counts of armed criminal action following a jury's verdict. The judgment is affirmed pursuant to Rule 30.25(b).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the basis for this order.

STATE of Missouri, Respondent,

v.

Edward WESSELS, Appellant.

No. 70054.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 29, 1997.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Deborah Bell Yates, Assistant Attorney General, Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after sentencing on verdict on charge of forcible sodomy in violation of § 566.060 RSMo Cum.Supp.1993. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 30.25(b).